**Order entered November 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01268-CV
### No. 05-16-01270-CV

### IN RE CHARLIE PUENTES, Relator

**Original Proceeding from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause Nos. 004-83427-2015 and 004-83429-2015**

## ORDER
Before Justices Francis, Fillmore, and Stoddart

In accordance with the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **DENY AS MOOT** relator's motion for leave to file petition for writ of mandamus.

/s/     MOLLY FRANCIS
JUSTICE